IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CHARMAYNE HUTCHINS, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | |
| vs. | : | 1:20-CV-0113-CC |
| | : | |
| AARON'S, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

This matter is before the Court on Defendant Aaron's, Inc.'s Motion to Compel Arbitration and Dismiss or, Alternatively, Stay Proceedings [Doc. No. 6], Defendant Aarons, Inc.'s Supplemental Motion to Compel Arbitration [Doc. No. 7], and Plaintiff's Response to Defendant's Motion to Compel Arbitration and Dismiss or, Alternatively, Stay Proceedings [Doc. No. 9].  Having reviewed these filings, the Court finds that the parties' dispute is due to be arbitrated.  Notably, Plaintiff agrees that the proceedings should be stayed pending arbitration.  Accordingly, the Court **GRANTS** Defendant Aaron's, Inc.'s Motion to Compel Arbitration and Dismiss or, Alternatively, Stay Proceedings [Doc. No. 6] and Defendant Aarons, Inc.'s Supplemental Motion to Compel Arbitration [Doc. No. 7].

The Court **STAYS** this action pending the completion of the arbitration proceedings.

The Court **ORDERS** that this case be **ADMINISTRATIVELY CLOSED** and **INSTRUCTS** the Clerk of Court to mark this case closed for statistical purposes. The Court will retain jurisdiction, and the case will be restored to the trial docket upon motion of a party indicating that the action may proceed. This Order shall not prejudice the rights of the parties to this litigation in any manner.

SO ORDERED this <u>2nd</u> day of <u>March</u>, 2020.

<pre>
                        s/  CLARENCE COOPER
                        CLARENCE COOPER
                        SENIOR UNITED STATES DISTRICT JUDGE
</pre>